Joseph Ortolano against the Degnon Contracting Company. No opinion. Application granted. Order signed.

OTERO v. CLYDE S. S. CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Joseph Otero against the Clyde Steamship Company. No opinion. Motion denied, without costs. Order filed.

In re PENDER. (Supreme Court, Appellate Division, First Department. February 15, 1907.) In the matter of Patrick Pender, deceased. No opinion. Motion denied on payment of $10 costs, and on condition that appellant be ready by April term. Order filed.

PEOPLE v. BECKERT. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Peter J. Beckert. No opinion. Motion granted. Order filed.

PEOPLE v. COLMEY. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Charles M. Colmey. No opinion. Motion granted. Order filed.

PEOPLE v. FERONE. SAME v. WAY. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Joseph Ferone and Louise Way. No opinions. Motions denied. Orders filed.

PEOPLE v. HENSCHEL. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Proceedings by the people of the state of New York against Emil Henschel. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. HUSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Proceedings by the people of the state of New York against William Huson. No opinion. Motion for reargument denied. For former opinion, see 99 N. Y. Supp. 1081.

PEOPLE v. MINGEY. SAME v. CURTIS. SAME v. FABER. SAME v. LEVIN. SAME v. SPIER. SAME v. DODDATO. SAME v. FRIBBINS. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Lawrence P. Mingey, same against George W. Curtis, same against Julia Faber, same against Louis Levin, same against Oscar A. Spier, same against Angelo Doddato, and same against Frank Fribbins. No opinions. Motions denied on condition that appellants have their appeals ready for argument at the March term. Orders filed.

PEOPLE, Appellant, v. RITENBURG, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Proceedings by the people of the state of New York against John Ritenburg. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. SCHANG, Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1907.) Proceedings by the people of the state of New York against Charles Schang. No opinion. Judgment of conviction affirmed.

PEOPLE v. SCHWALD. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Sam Schwald. No opinion. Motion granted. Order filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Assessors, Respondents. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, assessors of the town of Rosendale, Ulster county.
PER CURIAM. Orders appealed from unanimously affirmed, with costs.
PARKER, P. J., not sitting.

PEOPLE ex rel. BAUM v. BUTLER. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Proceedings by the people, on the relation of Joseph L. Baum, against Edmond J. Butler. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. LEHMKUHL et al., Respondents, v. GROUT, Comptroller, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Proceedings by the people of the state of New York, on the relation of Dora A. Lehmkuhl and others, against Edward M. Grout, as Comptroller. G. S. Coleman, for appellant. J. A. Straley, for respondents. No opinion. Orders affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. LODES, Appellant, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Proceedings by the people of the state of New York, on the relation of George Lodes, against the department of Health of the city of New York,
PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice BURR at Special Term. 100 N. Y. Supp. 788.
GAYNOR, J., concurs in result, on the ground that the board had no power to revoke the license.

PEOPLE ex rel. PULLMAN, Appellant, v. SEELEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Proceedings by the people